Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey  
MLK Jr Federal Building  
50 Walnut Street  
Newark, NJ 07102

                      Case No.: 18–35270–SLM  
                      Chapter: 7  
                      Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
    Gerard Paul Ciaccio  
    14 Dorfred Terrace  
    Sussex, NJ 07461

Social Security No.:  
    xxx–xx–5072

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Jeffrey Lester is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>May 23, 2019</u>                     <u>Stacey L. Meisel</u>  
                                          Judge, United States Bankruptcy Court